PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Lufkin__ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 29 2022
BY
DEPUTY _____

__Marquis Kingsbury #2303732__
Plaintiff's Name and ID Number

__TDCJ-CID__
Place of Confinement

CASE NO. 9:22cv127 TH/ZH
(Clerk will assign the number)

v.

__Warden D. Dickerson TDCJ-CID__
Defendant's Name and Address

__Jane Doe TDCJ-CID__
Defendant's Name and Address

__TDCJ-CID__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

          Plaintiff(s) _____

          Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: TDCJ-CID

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Marquis Kingsbury TDCJ-CID

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: John Doe TDCJ-CID

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
hit with shield

Defendant #2: John Doe TDCJ-CID

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
punched, kicked, choked

Defendant #3: John Doe TDCJ-CID

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
punched, kicked, choked

Defendant #4: John Doe TDCJ-CID

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
punched, kicked, choked

Defendant #5: John Doe TDCJ-CID

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
punched, kicked, choked

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was assaulted in Retaliation, in the form of a "Use of force", by multiple officers, under the command of Captain Carter, black female, to "teach me a lesson", for allegedly throwing urine on an officer. This happened on 7-22-21 while I was on the Polunsky Unit located in Livingston, TX between the times of 11:00am - 6:00pm. This resulted in extensive injury to my body, in which some pictures were taken of my face. I was denied medical attention and left in my cell naked, bleeding and burning from gas I was sprayed with. Officers names' will be on the "use of force" report because their identities were hidden under "riot gear". I was never given any disciplinary case(s) for these allegations or for why a "use of force" had to be used.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Have TDCJ-CID release me immediately, to be financially compensated $1,000,000 by TDCJ-CID / those involved and criminal charges filed against all who were involved.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Marquis Kingsbury

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2303732, 1760161, 1818608

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? \_\_\_YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied? \_\_\_YES \_\_\_NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that issued warning (if federal, give the district and division): _____
 2. Case number: _____
 3. Approximate date warning was issued: _____

Executed on: 6-2-22
            DATE

_____
(Signature of Plainti )

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  2nd  day of  June , 20 22 .
            (Day)          (month)         (year)

_____
(Signature of Plainti )

**WARNING:** Plainti  is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

COPY

**OFFICE USE ONLY**
Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: Marquis Kingsbury    TDCJ #: 2303732
Unit: Polunsky Unit    Housing Assignment: 11-24B
Unit where incident occurred: Polunsky Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Cpt. Carter    When? 7-22-21
What was their response? "We about to beat your a**, you gone learn not to do that no more"
What action was taken? I was brutally beaten by officers

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On (7-22-21), on the Polunsky Unit (11 Building - 6 cell) I was brutally beaten by officers in Retaliation for allegedly "spraying an officer with urine". A lady by the name of Cpt. Carter approached my cell and asked if I was the one who threw urine on her officer. I replied No, and her response was "we're about to beat your a**, you gone learn not to do that no more". I was left in shock at her response. About 5 to 10 minutes later, (time not exact), an inmate a few cells down from me yelled out "here comes the turtle squad" and several officers appeared in front of my cell. Suited-up. One of them opened my tray slot and sprayed gas all over me so much that it made me kneel on the floor, coughing & choking. Then someone yelled, "Roll 6!" and my cell door was opened. A guard holding a shield came running rushing in and slammed into me, knocking me onto my bed. Several officers came in behind him and they proceeded to beat me to unconsciousness. When I came back to, they were still beating me, kicking, choking, punching, even bending my fingers back trying to ~~break them~~ break them. They then dragged me to the floor and forced me to put on handcuffs and leg-restraints. I was then stood up and made to walk into the hallway limping. They continued to record and take pictures of all my injuries. While this was going on, other officers involved went into my cell and took all of my property away, throwing it into the hallway like trash. After that, I was walked back into my cell and told to lay down on the gas soaked floor while they took off my restraints and also stripped me of my boxers, leaving me in the cell, naked, bleeding and burning. I did not receive any medical attention at all and I was also not fed any food that day. Officer Morris, the officer working that day did not feed me even though I begged for food. I was later moved upstairs to cell (11-24B), where I still had No clothes, property, or medical attention, until this day (8-1-21). I am in fear for my life on

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

this will follow if I submit this grievance and that it won't even be processed because of what is wrote on here. I have two witnesses also who saw & heard the whole incident, Michael Thomas # 1972347 and James Ojeda #1930254. No "use of force" report was given to me, nor was any "use of force" witness statement passed around to anybody. The officers involved have told me if I say anything, they "will finish what they started."

**Action Requested to resolve your Complaint:** To be released from TDCJ immediately and all of the officers involved to face criminal charges for assault, battery, felony assault.

**Offender Signature:** [signature] **Date:** 8-1-21

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

COPY

**OFFICE USE ONLY**

Grievance #: _____
UGI Recd Date: _____
HQ Recd Date: _____
Date Due: _____
Grievance Code: _____
Investigator ID#: _____
Extension Date: _____

Offender Name: Marquis Kingsbury   TDCJ #: 2303732
Unit: Michael Unit   Housing Assignment: L-47T
Unit where incident occurred: Polunsky Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I have turned in two grievances, one on the Polunsky Unit (8-2-21) between 7:00am - 9:00am to the UGI and one on (8-4-21) on the Huntsville Unit and have yet to hear from either. On both grievances I grieved how I was beaten to unconsciousness, sprayed with gas and stripped naked on the Polunsky Unit on (7-22-21) between the times of 11:00am - 6:00pm, in which I never received any medical attention. The second grievance I turned in on (8-4-21), Huntsville Unit, was a sort of copy of the Polunsky Unit grievance I submitted, that stated I was submitting a second one for record purposes and that I felt because of what I wrote on that grievance, that the Polunsky Unit staff would say that they "never got any grievance from me" to try and hide/protect the wrong-doing of its officers. I was brutally beaten to the point of unconsciousness, sprayed, stripped and denied medical attention. I have submitted many I-60's to see medical attention and always got a bogus excuse such as "you are scheduled for a flu-shot" or an I-60 marked "scheduled to see Dr." but have not had any medical attention until this day. I reported injuries from a possible broken nose, two black eyes (of which can still be seen now), hurt hands from both first-fingers being bent all the way back and scars/scratches that are on my face. I believe I have perminant damage to my eyes and hands from No medical attention. The Ombudsman had me pulled out on the Huntsville Unit recently while I was in transit to get my "statement" on the events of (7-22-21) in which I stated ~~the~~ same in the grievance(s), that I was beaten in Retaliation for allegedly throwing urine on officers' as (Cpt. Carter) of the Polunsky Unit stated and told me "we about to beat your ass"; I also have two witnesses that I presented (James Ojeda) on the Polunsky Unit, an inmate, and also (Michael Thomas) on the Polunsky Unit, an inmate also. I went through the grievance Step 1 procedure without a Response within 40/45 days, so here is my attempt at Step 2. Please

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G



help meo

Offender Signature: _____ Date: 9-23-21

**Grievance Response:**

Signature Authority: _____ Date: _____

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**           CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**           CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**           CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                   Appendix G

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by  Marquis Kingsbury #2303732  (Identify Court, Attorney, or entity as defined in Rule 3.9.2.1-Special Correspondence Rules).

I, offender  Marquis Kingsbury , - TDCJ#  2303732 , being presently incarcerated at the  Michael Unit  Unit/Facility of the Texas Department of Criminal Justice, in  Anderson  County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the  2nd  day of  June  20 22 .

By: _____    Witness: _____
        (Offender Signature)                              (Approved-Witnessing Authority Signature)


INSTRUCTIONS:
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

ATC01 – Authorization No. 1 (10/01)

Tarquis Kingsbury #2303732
Michael Unit
104 FM 2054
Tessee Colony, TX 75886

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 29 2022
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

United States District Court:
Clerk
Eastern District of Texas; Lufkin Division
104 N. Third St.
Lufkin, TX 75901

Legal Mail